# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HANCOCK WHITNEY BANK

VERSUS

POST TRAUMA INSTITUTE OF
LOUISIANA, LLC, AND LAWRENCE
S. SALONE AKA LAWRENCE
SULLIVAN SALONE

NO.  2025 CW 1196

**JANUARY 20, 2026**

---

In Re:   Hancock Whitney Bank, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 748708.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DISMISSED.**  Pursuant to correspondence from relator's counsel advising that this matter has been amicably resolved and requesting that the writ application be dismissed, the writ is dismissed.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT